[No. 9960-1-III. Division Three. January 9, 1990.]

U.S. BANCORP MORTGAGE COMPANY, *Respondent, v.* CASCADE MANOR ASSOCIATES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Franklin County, No. 88-2-50307-1, Duane E. Taber, J., entered April 13, 1989. *Affirmed in part* and *remanded* by unpublished opinion per Green, A.C.J., concurred in by Thompson and Shields, JJ.

[No. 12131-0-II. Division Two. January 11, 1990.]

RONALD EDWIN VIGGUE, *Appellant, v.* THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-1-02142-6, Karen G. Seinfeld, J., entered July 15, 1988. *Affirmed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Dolliver and Pearson, JJ. Pro Tem.

[No. 9749-8-III. Division Three. January 11, 1990.]

*In the Matter of the Marriage of* JAMES PATRICK ROE, *Appellant, and* RONNA LYNNE ROE, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88-3-00173-6, James B. Mitchell, J., entered December 5, 1988. *Reversed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.